# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2021
```

October 18, 2021

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square - Courtroom 906
New York, NY 10007

    Re: Girotto v. Capsule Corporation, et al.
      Case 1:21-cv-06298-AJN

Dear Judge Nathan:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for October 22, 2021, at 3:45 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, ==a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.==

  Thank you for your consideration of this first adjournment request.

                Sincerely,

                By: /S/   B. Bradley Weitz
                  B. Bradley Weitz, Esq. (BW9365)
The initial pre-trial conference is    THE WEITZ LAW FIRM, P.A.
adjourned to November 19, 2021    Attorney for Plaintiff
at 3:30 PM.  The parties shall     Bank of America Building
submit their joint letter and      18305 Biscayne Blvd., Suite 214
proposed case management plan    Aventura, Florida 33160
by November 10, 2021.        Telephone: (305) 949-7777
                Facsimile:  (305) 704-3877
                Email: bbw@weitzfirm.com

*[signature: Alison J. Nathan]*
10/20/2021