# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

November 10, 2021



**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square - Courtroom 906
New York, NY 10007

        Re:    Girotto v. Capsule Corporation, et al.
               Case 1:21-cv-06298-AJN

Dear Judge Nathan:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for November 19, 2021, at 3:30 p.m., in Your Honor's Courtroom. Unfortunately, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 8 & D.E. 9]. The undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility location, and likewise Federal Express correspondence to the corporate address in order to facilitate contact from Defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.

    Thank you for your consideration of this second adjournment request.

                              Sincerely,

                              By: /S/   B. Bradley Weitz
                                B. Bradley Weitz, Esq. (BW9365)
                                THE WEITZ LAW FIRM, P.A.
                                Attorney for Plaintiff
                                Bank of America Building
                                18305 Biscayne Blvd., Suite 214
                                Aventura, Florida 33160
                                Telephone: (305) 949-7777
                                Facsimile:  (305) 704-3877
                                Email: bbw@weitzfirm.com

---

**The initial pre-trial conference scheduled for November 19, 2021 is adjourned to February 18, 2022 at 3:30 p.m.**

*[Signature: Alison J. Nathan]*

11/12/2021