UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Girotto,

          Plaintiff,

–v–

Capsule Corporation et al.,

          Defendants.

21-cv-6298 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff served Defendants on October 1, 2022.  Dkt. Nos. 8, 9.  Yet Defendants have yet to appear in this matter.  If Plaintiff intends to file a motion for default judgment, Plaintiff shall do so by March 4, 2022, or the Court may dismiss the case for failure to prosecute.

    The initial pre-trial conference scheduled February 18, 2022, is adjourned sine die.

SO ORDERED.

Dated: February 1, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge