UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

　　　　　　　　Plaintiff,

　　　　　-v-

CAPSULE CORPORATION et al.,

　　　　　　　　Defendant.

21-CV-6298 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

　　　　The Court has been informed that the parties have reached a settlement in principle of this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

　　　　All filing deadlines and conference dates are adjourned *sine die.*

　　　　SO ORDERED.

Dated: July 13, 2022
　　　　New York, New York

_____
　　　　　　　J. PAUL OETKEN
　　　　　United States District Judge